| | |
|---|---|
| FRANKLIN CREDIT MANAGEMENT CORPORATION | Index # 08 CV 1703 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| AMERICAN MORTGAGE SPECIALISTS, INC. | |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF Arizona : COUNTY OF Maricopa ss:

Jonathan S Curtis BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT Mesa . ON 3/6/08 AT 4:13 AM/**PM**
AT 16427 N. Scottsdale Rd #210 Scottsdale AZ 85254

DEPONENT SERVED THE WITHIN SUMMONS & COMPLAINT
ON: AMERICAN MORTGAGE SPECIALISTS, INC., THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL** [ ]
By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein.

**#2 CORPORATION** [X]
American Mortgage Specialists corporation, delivering thereat a true copy of each to John C Norling personally, deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be Attorney - Agent thereof.

**#3 SUITABLE AGE PERSON** [ ]
By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [ ] dwelling house / usual place of abode within the state.

**#4 AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY** [ ]
On _____, deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] No one ever in or available to accept service

**#7 DESCRIPTION** [X]
A description of the defendant/respondent, or other person served, or spoken to on behalf of the defendant/respondent is as follows:

Description is required if #1, #2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| M | Cauc. | Brown | 45 | 6'2" | 320 |

Other:

**# 8 WIT. FEES** [ ]
$_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**# 9 MILITARY SERVICE** [ ]
Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of _____ and was informed the defendant/respondent was not.

Sworn to before me on this 10 day of March 2008
Notary Public: Joyzell W Curtis

Server signature: Jonathan Curtis

Docket #: 544001