UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
FRANKLIN CREDIT MANAGEMENT
CORPORATION,

      Plaintiff,

  - against -

AMERICAN MORTGATE SPECIALISTS, INC.

      Defendant.
-------------------------------------------------------- x

Docket No. 08 CV 1703 (SAS)

ECF Case

**STIPULATION AND ORDER**

DATE FILED: 4/7/08

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that defendant's time to answer or move against the complaint is extended to and including April 8, 2007.

Dated: New York, New York
    April 3, 2008

O'HARE PARNAGIAN LLP

_____
Robert A. O'Hare, Jr. (RO 6644)
Andrew C. Levitt (AL 8183)
Attorneys for Plaintiff
82 Wall Street, Suite 300
New York, New York 10005
(212) 425-1401
(212) 425-1421 (f)

INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP

_____
Daniel L. Carroll (DC 5553)
Susan B. Ratner (SR 1446)
Attorneys for Defendant
250 Park Avenue
New York, New York 10177
(212) 907-9600
(212) 907-9681 (f)

SO ORDERED:

_____
U.S.D.J.

274297_1/00714-0103