UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

FRANKLIN CREDIT MANAGEMENT
CORPORATION,

                  Plaintiff,

            - against -

AMERICAN MORTGAGE SPECIALISTS, INC.

              Defendant.

-------------------------------------------------------------------- x

**Case No.  08 CV 1703 (SAS)**

**DEFENDANT'S RULE 7.1
DISCLOSURE STATEMENT**

     The undersigned counsel of record for defendant, American Mortgage Specialists, Inc.,

hereby certifies under Rule 7.1 of the Federal Rules of Civil Procedure that there is no parent

corporation or publicly-held corporation that owns 10 percent more of its stock..

Dated: New York, New York
      April 8, 2008

                    **INGRAM YUZEK GAINEN CARROLL &
                     BERTOLOTTI, LLP**

            By:_____

                     Daniel L. Carroll (DC 5553)
                     Susan B. Ratner (SR 1446)
                     *Attorneys for Defendant*
                     250 Park Avenue
                     New York, New York 10177
                     (212) 907-9600